**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

**Noah A. Levine** (Admitted Pro Hac Vice)
noah.levine@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, NY 10022-4614
Telephone: (212) 230-8875
Facsimile: (212) 230-8888

Attorneys for Defendant Chase Bank USA, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHERYL BARRER** and **WALTER BARRER,** on Behalf of Themselves and Those Similarly Situated,<br><br>       Plaintiffs,<br><br> v.<br><br>**CHASE BANK USA, N.A.,** and **DOES 1 through and including 100,**<br><br>       Defendants. | Case No. 06-CV-00415-HA<br><br>Defendant Chase Bank USA, N.A.'s NOTICE OF WITHDRAWAL OF COUNSEL |

  PLEASE TAKE NOTICE THAT, pursuant to Local Rule 83-11(b), Morrison & Foerster and attorneys Robert S. Stern and Nancy R. Thomas of that firm are withdrawing as counsel for defendant Chase Bank USA, N.A. The law firms of Lane Powell and Wilmer Hale will continue

PAGE 1 -   NOTICE OF WITHDRAWAL OF COUNSEL

to represent defendant in this litigation.  Robert S. Stern and Nancy R. Thomas hereby request that the court remove their names from all future electronic notices regarding this case.

DATED:  December 12, 2011

          LANE POWELL PC


By       /s/  Pilar C. French
    Pilar C. French, OSB No. 962880
    Telephone:  503.778.2170

WILMER CUTLER PICKERING HALE AND DORR LLP
    Noah A. Levine (admitted pro hac vice)
    Telephone:  212.230.8875

Attorneys for Defendant Chase Bank USA, N.A.

PAGE 2 -   NOTICE OF WITHDRAWAL OF COUNSEL

122006.0021/5234965.1

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200