**JUSTINE FISCHER**
OSB: 81224
e-mail: JFAttyOR@aol.com
**Attorney at Law**
720 SW Washington Street, Suite 750
Portland, OR  97205
Telephone:     (503) 222-4326
Facsimile:      (503) 222-6567

Liaison Counsel for Plaintiffs Cheryl Barrer
and Walter Barrer

NOAH A. LEVINE (*Pro Hac Vice*)
e-mail: noah.levine@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
Telephone:     (212) 230-8875
Facsimile:      (212) 230-8888

Attorneys for Defendant Chase Bank USA, N.A.
[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| CHERYL BARRER and WALTER BARRER, on Behalf of Themselves and Those Similarly Situated, | CASE NO. 06-CV-415-HA |
| | **CLASS ACTION** |
| Plaintiffs, | **ERRATA TO THIRD SUPPLEMENTAL REPORT OF THE PARTIES' RULE 26(f) PLANNING MEETING** |
| v. | |
| CHASE BANK USA, N.A. and DOES 1 through and including 100, | |
| Defendants. | |

**ERRATA TO 3RD SUPP REPORT OF THE
PARTIES' RULE 26(f) PLANNING MEETING**

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the parties submitted a Third Supplemental Report of their Rule 26(f) planning meeting on January 13, 2012 [Dkt. No. 120].

PLEASE ALSO TAKE NOTICE that there is a typographical error in the first sentence of the document, where "January 27, 2012" should read "February 27, 2012." The first sentence should read as follows:

The parties submitted a Second Supplemental Report of their Rule 26(f) planning meeting on January 13, 2012 [Dkt. No. 110], which included a proposed Case Management Schedule, which, in part, called for Plaintiffs to file a motion for class certification on February 27, 2012.

DATED: February 23, 2012                STANLEY • IOLA, LLP


     /s/ Matthew J. Zevin
MATTHEW J. ZEVIN (*admitted pro hac vice*)

e-mail: mzevin@aol.com
525 B Street, Suite 760
San Diego, CA  92101
Telephone:     (619) 235-5306
Facsimile:      (825) 377-8419

JUSTINE FISCHER
Attorney at Law
JUSTINE FISCHER
OSB: 81224
e-mail: JFAttyOR@aol.com
Attorney at Law
720 SW Washington Street, Suite 750
Portland, OR  97205
Telephone:     (503) 222-4326
Facsimile:      (503) 222-6567

                              BRAUN LAW GROUP PC
MICHAEL D. BRAUN
e-mail: mdb@braunlawgroup.com
10680 West Pico Boulevard, Suite 280
Los Angeles, CA  90064
Telephone:     (310) 836-6000
Facsimile:     (310) 836-6010

Attorneys for Plaintiffs Cheryl Barrer and Walter Barrer

DATED: February 23, 2012      WILMER CUTLER PICKERING
  HALE AND DORR LLP
NOAH A. LEVINE (*admitted pro hac vice*)


 /s/ Noah A. Levine
NOAH A. LEVINE

e-mail: noah.levine@wilmerhale.com
399 Park Avenue
New York, NY  10022
Telephone:     (212) 230-8875
Facsimile:     (212) 230-8888

PILAR C. FRENCH, OSB NO. 962880
e-mail: FrenchP@LanePowell.com
LANE POWELL PC
601 S.W. Second Avenue, Suite 2100
Portland, OR  97204
Telephone:    (503) 778-2170
Facsimile:     (503) 778-2200

Attorneys for Defendant Chase Bank USA, N.A.

## PROOF OF SERVICE
*Cheryl Barrer, et al. vs. Chase Bank USA, NA, et al.*
CASE NO.: 06-CV-415-HA

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 525 B Street, Suite 760, San Diego, CA 92101.

That on February 23, 2012, I served the following document(s) entitled: **ERRATA TO THIRD SUPPLEMENTAL REPORT OF THE PARTIES' RULE 26(f) PLANNING MEETING** on ALL INTERESTED PARTIES in this action:

**SEE ATTACHED SERVICE LIST**

☐ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 525 B Street, San Diego, California, for delivery to the above address(es).

☐ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown on the attached service list. The facsimile machine I used reported no error and I caused the machine to print a transmission record of the transmission.

☒ **BY CM/ECF ELECTRONIC SERVICE:** I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 23, 2012, at San Diego, California.

                                                /s/ Matthew J. Zevin
                                                MATTHEW J. ZEVIN