**JUSTINE FISCHER**
OSB: 81224
e-mail: JFAttyOR@aol.com
**Attorney at Law**
720 SW Washington Street, Suite 750
Portland, OR  97205
Telephone:     (503) 222-4326
Facsimile:     (503) 222-6567

Liaison Counsel for Plaintiffs Cheryl Barrer
and Walter Barrer

NOAH A. LEVINE (*Pro Hac Vice*)
e-mail: noah.levine@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
Telephone:     (212) 230-8875
Facsimile:     (212) 230-8888

Attorneys for Defendant Chase Bank USA, N.A.
[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| CHERYL BARRER and WALTER BARRER, on Behalf of Themselves and Those Similarly Situated, | CASE NO. 06-CV-415-HA |
| Plaintiffs, | <u>**CLASS ACTION**</u> |
| v. | **FOURTH SUPPLEMENTAL REPORT OF THE PARTIES' RULE 26(f) PLANNING MEETING** |
| CHASE BANK USA, N.A. and DOES 1 through and including 100, | |
| Defendants. | |

**FOURTH SUPP. RPT. OF THE PARTIES'
RULE 26(f) PLANNING MEETING**

The parties submitted a Third Supplemental Report of their Rule 26(f) planning meeting on February 23, 2012. Therein, the parties advised the Court that they had completed substantial discovery and were continuing to engage in discovery related to class certification. Additionally, the parties advised the Court that they were continuing to meet and confer regarding certain discovery disputes. Accordingly, the Court asked the parties to submit a further status report on March 23, 2012.

Since the filing of their Third Supplemental Report, the parties have continued to engage in substantial discovery and have continued to meet and confer concerning their discovery disputes. However, the parties have not entirely resolved all such disputes and, accordingly, respectfully request another 30 days to submit a proposed schedule for briefing class certification.

DATED: March 23, 2012                    STANLEY • IOLA, LLP


                                          /s/ Matthew J. Zevin
                                         MATTHEW J. ZEVIN (*admitted pro hac vice*)

                                         e-mail: mzevin@aol.com
                                         525 B Street, Suite 760
                                         San Diego, CA 92101
                                         Telephone:    (619) 235-5306
                                         Facsimile:    (825) 377-8419

                                         JUSTINE FISCHER
                                         Attorney at Law
                                         JUSTINE FISCHER
                                         OSB: 81224
                                         e-mail: JFAttyOR@aol.com
                                         Attorney at Law
                                         720 SW Washington Street, Suite 750
                                         Portland, OR 97205
                                         Telephone:    (503) 222-4326
                                         Facsimile:    (503) 222-6567

**FOURTH SUPP. RPT. OF THE PARTIES'**                              Page 1
**RULE 26(f) PLANNING MEETING**

BRAUN LAW GROUP PC
MICHAEL D. BRAUN
e-mail: mdb@braunlawgroup.com
10680 West Pico Boulevard, Suite 280
Los Angeles, CA  90064
Telephone:     (310) 836-6000
Facsimile:      (310) 836-6010

Attorneys for Plaintiffs Cheryl Barrer
and Walter Barrer

DATED: March 23, 2012                    WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
                                         NOAH A. LEVINE (*admitted pro hac vice*)


                                          */s/ Noah A. Levine*
                                         NOAH A. LEVINE

                                         e-mail: noah.levine@wilmerhale.com
                                         399 Park Avenue
                                         New York, NY  10022
                                         Telephone:     (212) 230-8875
                                         Facsimile:      (212) 230-8888

                                         PILAR C. FRENCH, OSB NO. 962880
                                         e-mail: FrenchP@LanePowell.com
                                         LANE POWELL PC
                                         601 S.W. Second Avenue, Suite 2100
                                         Portland, OR  97204
                                         Telephone:     (503) 778-2170
                                         Facsimile:      (503) 778-2200

                                         Attorneys for Defendant Chase Bank USA, N.A.

## PROOF OF SERVICE

*Cheryl Barrer, et al. vs. Chase Bank USA, NA, et al.*
CASE NO.: 06-CV-415-HA

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 525 B Street, Suite 760, San Diego, CA 92101.

That on March 23, 2012, I served the following document(s) entitled: **FOURTH SUPPLEMENTAL REPORT OF THE PARTIES' RULE 26(f) PLANNING MEETING** on ALL INTERESTED PARTIES in this action:

### SEE ATTACHED SERVICE LIST

☐ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 525 B Street, San Diego, California, for delivery to the above address(es).

☐ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown on the attached service list. The facsimile machine I used reported no error and I caused the machine to print a transmission record of the transmission.

☒ **BY CM/ECF ELECTRONIC SERVICE:** I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 23, 2012, at San Diego, California.

     */s/ Matthew J. Zevin*
MATTHEW J. ZEVIN

**FOURTH SUPP. RPT. OF THE PARTIES'**
**RULE 26(f) PLANNING MEETING**