**JUSTINE FISCHER**
OSB: 81224
e-mail: JFAttyOR@aol.com
**Attorney at Law**
720 SW Washington Street, Suite 750
Portland, OR  97205
Telephone:     (503) 222-4326
Facsimile:      (503) 222-6567

Liaison Counsel for Plaintiffs Cheryl Barrer
and Walter Barrer

NOAH A. LEVINE (*Pro Hac Vice*)
e-mail: noah.levine@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
Telephone:     (212) 230-8875
Facsimile:      (212) 230-8888

Attorneys for Defendant Chase Bank USA, N.A.
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| CHERYL BARRER and WALTER BARRER, on Behalf of Themselves and Those Similarly Situated, | CASE NO. 06-CV-415-HA |
| | **CLASS ACTION** |
| Plaintiffs, | **FIFTH SUPPLEMENTAL REPORT OF THE PARTIES'** |
| v. | **RULE 26(f) PLANNING MEETING** |
| CHASE BANK USA, N.A. and DOES 1 through and including 100, | |
| Defendants. | |

Fifth Supplemental Report of the Parties' Rule
26(f) Planning Meeting

The parties submitted a Fourth Supplemental Report of their Rule 26(f) planning meeting on March 23, 2012, requesting another 30 days to submit a proposed briefing schedule. By order entered March 27, 2012, the Court directed the parties to submit a further status report or proposed briefing schedule by April 23, 2012.

The parties respectfully propose the following revised Case Management Schedule:

| Event | Deadline |
|---|---|
| Deadline for motion for class certification, designation of any experts on class certification, and service of expert disclosure(s), as they relate to class certification | May 9, 2012 |
| Defendants' opposition to motion for class certification, designation of any experts on class certification, and service of expert disclosure(s), as they relate to class certification | July 6, 2012 |
| Plaintiffs' reply in support of motion for class certification | August 31, 2012 |
| Hearing on motion for class certification | To be set by Court |
| Parties to hold conference to discuss case management schedule for remainder of case, taking into account Court's ruling on class certification | 30 days after Court's ruling on class certification. |

The parties continue to believe that it is premature to schedule additional dates or deadlines until after such time that the Court rules on Plaintiffs' motion for class certification. The parties, therefore, propose that designation of the final dates for submitting Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists; the final dates to file objections under Rule 26(a)(3); and any trial are deferred pending resolution of any motion for class certification, after which the parties will confer regarding remaining case management issues.

DATED: April 23, 2012              STANLEY • IOLA, LLP
                                   MATTHEW J. ZEVIN (*admitted pro hac vice*)

Fifth Supplemental Report of the Parties' Rule
26(f) Planning Meeting

      /s/ Matthew J. Zevin
MATTHEW J. ZEVIN

e-mail: mzevin@aol.com
525 B Street, Suite 760
San Diego, CA 92101
Telephone:    (619) 235-5306
Facsimile:    (825) 377-8419

JUSTINE FISCHER
Attorney at Law
JUSTINE FISCHER
OSB: 81224
e-mail: JFAttyOR@aol.com
Attorney at Law
720 SW Washington Street, Suite 750
Portland, OR 97205
Telephone:    (503) 222-4326
Facsimile:    (503) 222-6567

BRAUN LAW GROUP PC
MICHAEL D. BRAUN
e-mail: mdb@braunlawgroup.com
10680 West Pico Boulevard, Suite 280
Los Angeles, CA 90064
Telephone:    (310) 836-6000
Facsimile:    (310) 836-6010

Attorneys for Plaintiffs Cheryl Barrer
and Walter Barrer

DATED: April 23, 2012        WILMER CUTLER PICKERING
   HALE AND DORR LLP
NOAH A. LEVINE (*admitted pro hac vice*)


      /s/ Noah A. Levine
NOAH A. LEVINE

e-mail: noah.levine@wilmerhale.com
399 Park Avenue
New York, NY 10022
Telephone:    (212) 230-8875
Facsimile:    (212) 230-8888

PILAR C. FRENCH, OSB NO. 962880
e-mail: FrenchP@LanePowell.com
LANE POWELL PC
601 S.W. Second Avenue, Suite 2100
Portland, OR  97204
Telephone:     (503) 778-2170
Facsimile:      (503) 778-2200

Attorneys for Defendant Chase Bank USA, N.A.