JUSTINE FISCHER
OSB: 81224
e-mail: JFAttyOR@aol.com
Attorney at Law
720 SW Washington Street, Suite 750
Portland, OR  97205
Telephone:     (503) 222-4326
Facsimile:     (503) 222-6567

Liaison Counsel for Plaintiffs Cheryl Barrer
and Walter Barrer

NOAH A. LEVINE (*Pro Hac Vice*)
e-mail: noah.levine@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
Telephone:     (212) 230-8875
Facsimile:     (212) 230-8888

Attorneys for Defendant Chase Bank USA, N.A.


# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| CHERYL BARRER and WALTER BARRER, on Behalf of Themselves and Those Similarly Situated,<br><br>            Plaintiffs,<br><br>v.<br><br>CHASE BANK USA, N.A. and DOES 1 through and including 100,<br><br>            Defendants. | CASE NO. 06-CV-415-HA<br><br>**CLASS ACTION**<br><br>~~[PROPOSED]~~ *Att*<br>**ORDER MODIFYING CASE MANAGEMENT SCHEDULE** |

[Proposed] Order Modifying Case Management
Schedule

Pursuant to the parties' Stipulation, the Court hereby orders that the case management schedule issued on April 24, 2012 is modified as follows:

| Event | Deadline |
|---|---|
| Defendants' opposition to motion for class certification, designation of any experts on class certification, and service of expert disclosure(s), as they relate to class certification | July 16, 2012 |
| Plaintiffs' reply in support of motion for class certification | September 10, 2012 |

IT IS SO ORDERED

Dated this _11_ day of June, 2012

_[signature]_
United States District Judge

[Proposed] Order Modifying Case Management Schedule