**JUSTINE FISCHER**
OSB: 81224
e-mail: JFAttyOR@aol.com
**Attorney at Law**
720 SW Washington Street, Suite 750
Portland, OR  97205
Telephone:     (503) 222-4326
Facsimile:     (503) 222-6567

Liaison Counsel for Plaintiffs Cheryl Barrer
and Walter Barrer

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| CHERYL BARRER and WALTER BARRER, on Behalf of Themselves and Those Similarly Situated, | CASE NO. 3:06-cv-00415-HA |
| Plaintiffs, | **CLASS ACTION** |
| v. | **NOTICE OF CHANGE OF ADDRESS** |
| CHASE BANK USA, N.A. and DOES 1 through and including 100, | |
| Defendants. | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective July 1, 2012, Stanley • Iola, LLP, one of the attorneys of record for Plaintiffs, has relocated its office.  The new address of Stanley • Iola, LLP is 225 Broadway, Suite 1350, San Diego, California 92101.  The firm's telephone number and facsimile numbers will remain the same: telephone (619) 235-5306 and facsimile number (815) 377-8419.

Any and all pleadings, notices, documents, correspondence and other information regarding this action should be sent to the above address effective immediately.

DATED: July 6, 2012                          STANLEY • IOLA, LLP
                                             MATTHEW J. ZEVIN (*admitted pro hac vice*)


                                              /s/ Matthew J. Zevin
                                             MATTHEW J. ZEVIN

                                             e-mail: mzevin@aol.com
                                             225 Broadway, Suite 1350
                                             San Diego, CA  92101
                                             Telephone:    (619) 235-5306
                                             Facsimile:    (825) 377-8419

                                             BRAUN LAW GROUP PC
                                             MICHAEL D. BRAUN
                                             e-mail:  mdb@braunlawgroup.com
                                             10680 West Pico Boulevard, Suite 280
                                             Los Angeles, CA  90064
                                             Telephone:    (310) 836-6000
                                             Facsimile:    (310) 836-6010

                                             Attorneys for Plaintiffs Cheryl Barrer
                                             and Walter Barrer

**NOTICE OF CHANGE OF ADDRESS**                                        Page 1

JUSTINE FISCHER
Attorney at Law
JUSTINE FISCHER
OSB: 81224
e-mail:  JFAttyOR@aol.com
Attorney at Law
720 SW Washington Street, Suite 750
Portland, OR  97205
Telephone:     (503) 222-4326
Facsimile:     (503) 222-6567

Liaison Counsel for Plaintiffs Cheryl Barrer and
Walter Barrer

**NOTICE OF CHANGE OF ADDRESS**                                                    Page 2

## PROOF OF SERVICE

*Cheryl Barrer, et al. vs. Chase Bank USA, NA, et al.*
CASE NO.: 3:06-cv-00415-HA

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action.  I am employed in the County of San Diego, State of California.  My business address is: 225 Broadway, Suite 1350, San Diego, CA 92101.

That on July 9, 2012, I served the following document(s) entitled:   **NOTICE OF CHANGE OF ADDRESS** on ALL INTERESTED PARTIES in this action:

**SEE ATTACHED SERVICE LIST**

☐ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices.  I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service.  The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:**  I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 225 Broadway, San Diego, California, for delivery to the above address(es).

☒ **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 9, 2012, at San Diego, California.


 */s/ Matthew J. Zevin*
MATTHEW J. ZEVIN


**NOTICE OF CHANGE OF ADDRESS**