Pilar C. French, OSB No. 962880
E-mail: FrenchP@LanePowell.com
LANE POWELL PC
601 S.W. Second Ave., Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2170
Facsimile: 503.778.2200

Noah A. Levine (*pro hac vice*)
E-mail: noah.levine@wilmerhale.com
David Lesser
E-mail: david.lesser@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
New York, New York 10007
Telephone: 212.230.8800
Facsimile: 212.230.8888
*Attorneys for Defendant*
*CHASE BANK USA, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| CHERYL BARRER and WALTER BARRER, on Behalf of Themselves and Those Similarly Situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>CHASE BANK, USA, N.A. and DOES 1 through and including 100,<br><br>                Defendants. | CV No. 3:06-cv-00415-HA<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that effective July 16, 2012, the law firm of Wilmer Cutler Pickering

Hale and Dorr LLP will be relocating to 7 World Trade Center, New York, New York 10007.

All facsimile and telephone numbers will remain the same.

Dated: New York, New York

US1DOCS 7373039v1

_____, 2012

          WILMER CUTLER PICKERING HALE
           AND DORR LLP

/s/ \_Noah A. Levine
Noah A. Levine *(Admitted Pro Hac Vice)*
7 World Trade Center
New York, NY 10036
(212) 230-8800
(212) 230-8888 (fax)