**Pilar C. French**, OSB No. 962880
email: FrenchP@LanePowell.com
LANE POWELL PC
601 S.W. Second Ave., Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2170
Facsimile: 503.778.2200

**Noah A. Levine** (admitted *pro hac vice*)
email: noah.levine@wilmerhale.com
**David S. Lesser** (admitted *pro hac vice*)
email: david.lesser@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
New York, New York 10007
Telephone: 212.230.8875
Facsimile: 212.230.8888

Attorneys for Defendant
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHERYL BARRER** and **WALTER BARRER**, on Behalf of Themselves and Those Similarly Situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>**CHASE BANK USA, N.A**. and DOES 1 through and including 100,<br><br>          Defendants. | CV No. 3:06-cv-00415-HA<br><br>Defendant Chase Bank USA, N.A.'s<br><br>**MOTION TO STRIKE ERRATA OF PLAINTIFF CHERYL BARRER**<br><br>**REQUEST FOR ORAL ARGUMENT** |

## LR 7.1 CERTIFICATION OF GOOD-FAITH EFFORT TO RESOLVE DISPUTE

Defendant Chase Bank USA, N.A. ("Chase"), through its attorneys, certifies that it has conferred with Plaintiffs, through their attorneys, in a good-faith effort to resolve the matters covered by this motion. Such good-faith effort, which included a telephonic discussion with Plaintiffs' attorneys, was unsuccessful.

## MOTION

Pursuant to Federal Rule of Civil Procedure 30(e) and District of Oregon Local Rule 30-6, Chase moves the Court for an order striking the errata filed by Plaintiff Cheryl Barrer in connection with her deposition transcript. The specific grounds for that order are set forth in the accompanying memorandum in support. In support of this motion, Chase relies on the accompanying memorandum in support and the Declaration of Noah A. Levine.

DATED: July 16, 2012

By /s/ Noah A. Levine
**Noah A. Levine** (admitted *pro hac vice*)
email: noah.levine@wilmerhale.com
**David S. Lesser** (admitted *pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
email: david.lesser@wilmerhale.com
7 World Trade Center
New York, New York 10007
Telephone:   (212) 230-8875
Facsimile:    (212) 230-8888

**Pilar C. French**, OSB NO. 962880
email: FrenchP@LanePowell.com
LANE POWELL PC
601 S.W. Second Avenue, Suite 2100
Portland, OR  97204
Telephone:   (503) 778-2170
Facsimile:    (503) 778-2200

*Attorneys for Defendant Chase Bank USA, N.A.*