**Pilar C. French**, OSB No. 962880
email: FrenchP@LanePowell.com
LANE POWELL PC
601 S.W. Second Ave., Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2170
Facsimile: 503.778.2200

**Noah A. Levine** (admitted *pro hac vice*)
email: noah.levine@wilmerhale.com
**David S. Lesser** (admitted *pro hac vice*)
email: david.lesser@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
New York, New York 10007
Telephone: 212.230.8875
Facsimile: 212.230.8888

Attorneys for Defendant
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHERYL BARRER** and **WALTER BARRER,** on Behalf of Themselves and Those Similarly Situated,<br><br>         Plaintiffs,<br><br>     v.<br><br>**CHASE BANK USA, N.A**. and DOES 1 through and including 100,<br><br>         Defendants. | CV No. 3:06-cv-00415-HA<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that, on July 16, 2012, I caused the following documents to be filed under seal with the Clerk of Court:

- Defendant Chase Bank USA, N.A.'s Memorandum in Support of Its Motion for Summary Judgment

- Defendant Chase Bank USA, N.A.'s Memorandum in Support of Its Motion to Strike Errata of Plaintiff Cheryl Barrer

- Defendant Chase Bank USA, N.A.'s Memorandum in Opposition to Plaintiffs' Motion for Class Certification

- Declaration of Noah A. Levine in Support of Defendant Chase Bank USA, N.A.'s Motion for Summary Judgment, Motion to Strike Errata of Plaintiff Cheryl Barrer, and Opposition to Plaintiffs' Motion for Class Certification, and Exhibits Thereto

- Declaration of Suzanne Morgan in Support of Defendant Chase Bank USA, N.A.'s Motion for Summary Judgment and Its Opposition to Plaintiffs' Motion for Class Certification, and Exhibits Thereto

- Declaration of David Hogan in Support of Defendant Chase Bank USA, N.A.'s Motion for Summary Judgment and Its Opposition to Plaintiffs' Motion for Class Certification, and Exhibits Thereto

- Declaration of Victor Stango in Support of Defendant Chase Bank USA, N.A.'s Opposition to Plaintiffs' Motion for Class Certification, and Exhibits Thereto

I further certify that, on July 16, 2012, I caused the following documents to be filed with the Clerk of Court using the CM/ECF system:

- Defendant Chase Bank USA, N.A.'s Motion for Summary Judgment

- Defendant Chase Bank USA, N.A.'s Motion to Strike Errata of Plaintiff Cheryl Barrer

I further certify that I caused each of the foregoing documents to be served by email and overnight mail on these parties to the action:

Michael D. Braun<br>
E-mail: mdb@braunlawgroup.com<br>
BRAUN LAW GROUP PC<br>
10680 West Pico Boulevard, Suite 280<br>
Los Angeles, California 90064

Page -1   CERTIFICATE OF SERVICE

Matthew J. Zevin
E-mail : mzevin@aol.com
STANLEY ● IOLA, LLP
225 Broadway, Suite 1350
San Diego, California 92101

Justine Fischer
E-mail: JFAttyOR@aol.com
JUSTINE FISCHER, ATTORNEY AT LAW
720 SW Washington Street, Suite 750
Portland, Oregon 97205

        /s/ Noah A. Levine
        Noah A. Levine

Page -2    CERTIFICATE OF SERVICE