**JUSTINE FISCHER**
OSB: 81224
e-mail: JFAttyOR@aol.com
**Attorney at Law**
710 SW Madison Street, Suite 400
Portland, OR  97205
Telephone:     (503) 222-4326
Facsimile:      (503) 222-6567

Liaison Counsel for Plaintiffs Cheryl Barrer
and Walter Barrer

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| CHERYL BARRER and WALTER BARRER, on Behalf of Themselves and Those Similarly Situated, | CASE NO. 06-CV-415-HA |
| | **CLASS ACTION** |
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| CHASE BANK USA, N.A. and DOES 1 through and including 100, | |
| Defendants. | |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective July 23, 2012, Justine Fischer, Liaison Counsel for Plaintiff in the above-entitled action, will relocate her office.  The new address is 710 SW Madison St., Suite 400, Portland, Oregon 97205.  The firms telephone number (503. 222.4326) and facsimile number (503.222.6567) will remain the same, as will the be-mail address.

DATED: July 18, 2012

    /s/ Justine Fischer
JUSTINE FISCHER


JUSTINE FISCHER
Attorney at Law
OSB: 81224
e-mail: JFAttyOR@aol.com
Attorney at Law
710 SW Madison Street, Suite 400
Portland, OR  97205
Telephone:     (503) 222-4326

STANLEY IOLA, LLP
MATTHEW J. ZEVIN
e-mail: mzevin@stanleyiola.com
525 B Street, Suite 760
San Diego, CA  92101
Telephone:     (619) 235-5306
Facsimile:     (825) 377-8419


BRAUN LAW GROUP PC
MICHAEL D. BRAUN
e-mail: mdb@braunlawgroup.com
10680 West Pico Boulevard, Suite 280
Los Angeles, CA  90064
Telephone:     (310) 836-6000
Facsimile:     (310) 836-6010

Attorneys for Plaintiffs Cheryl Barrer
and Walter Barrer

**NOTICE OF CHANGE OF ADDRESS**    Page 2