**JUSTINE FISCHER**
OSB: 81224
e-mail: JFAttyOR@aol.com
**Attorney at Law**
720 SW Washington Street, Suite 750
Portland, OR  97205
Telephone:    (503) 222-4326
Facsimile:    (503) 222-6567

Liaison Counsel for Plaintiffs Cheryl Barrer
and Walter Barrer

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| CHERYL BARRER and WALTER BARRER, on Behalf of Themselves and Those Similarly Situated, | CASE NO. 3:06-cv-00415-HA |
| | **CLASS ACTION** |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| CHASE BANK USA, N.A. and DOES 1 through and including 100, | |
| Defendants. | |

**PROOF OF SERVICE**

## PROOF OF SERVICE
*Cheryl Barrer, et al. vs. Chase Bank USA, NA, et al.*
CASE NO.: 3:06-cv-00415-HA

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 225 Broadway, Suite 1350, San Diego, CA 92101.

That on September 11, 2012 I served the following document(s) entitled:

**PLAINTIFFS' BRIEF IN REPLY TO DEFENDANT'S OPPOSITION TO CLASS CERTIFICATION (filed under seal)**

**SUPPLEMENTAL DECLARATION OF MATTHEW J. ZEVIN IN SUPPORT OF PLAINTIFFS' BRIEF IN REPLY TO DEFENDANT'S OPPOSITION TO CLASS CERTIFICATION (filed under seal)**

**SUPPLEMENTAL DECLARATION OF DR. RONALD PAUL HILL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (filed under seal)**

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE ERRATA OF PLAINTIFF CHERYL BARRER (filed under seal)**

**DECLARATION OF MICHAEL D. BRAUN IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE ERRATA OF PLAINTIFF CHERYL BARRER (filed under seal)**

**DECLARATION OF CHARYL BARRER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STRIKE ERRATA (filed under seal)**

on ALL INTERESTED PARTIES in this action:

**SEE ATTACHED SERVICE LIST**

[x] **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 225 Broadway, San Diego, California, for delivery to the above address(es).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 11, 2012, at San Diego, California.

*/s/Matthew J. Zevin*
MATTHEW J. ZEVIN

## CHASE (Barrer)
Case No.: 06-CV-415-HA
Service List

**PLAINTIFFS' COUNSEL**

Michael D. Braun
BRAUN LAW GROUP PC
10680 West Pico Boulevard, Suite 280
Los Angeles, CA  90064
Telephone:     (310) 836-6000
Facsimile:      (310) 836-6010
e-mail: mdb@braunlawgroup.com

JUSTINE FISCHER
Attorney at Law
720 SW Washington Street, Suite 750
Portland, OR  97205
Telephone:     (503) 222-4326
Facsimile:      (503) 222-6567
e-mail: JFAttyOR@aol.com

Matthew J. Zevin
STANLEY • IOLA, LLP
550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:     (619) 235-5306
Facsimile:      (825) 377-8419
e-mail: mzevin@stanleyiola.com

**DEFENSE COUNSEL**

Pilar C. French
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, OR  97204
Telephone:     (503) 778-2100
Facsimile:      (503) 778-2200
e-mail: frenchp@lanepowell.com

Noah A. Levine
Alan Schoenfeld
WILMER HALE
399 Park Avenue
New York, NY  10022
Telephone:     (212) 230-8800
Facsimile:      (212) 230-8888

12/30/11