**JUSTINE FISCHER**
OSB: 81224
e-mail: JFAttyOR@aol.com
**Attorney at Law**
720 SW Washington Street, Suite 750
Portland, OR  97205
Telephone:     (503) 222-4326
Facsimile:     (503) 222-6567

Liaison Counsel for Plaintiffs Cheryl Barrer
and Walter Barrer

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| CHERYL BARRER and WALTER BARRER, on Behalf of Themselves and Those Similarly Situated, | CASE NO. 3:06-cv-00415-HA |
| Plaintiffs, | **CLASS ACTION** |
| v. | **PROOF OF SERVICE** |
| CHASE BANK USA, N.A. and DOES 1 through and including 100, | |
| Defendants. | |

**PROOF OF SERVICE**

## PROOF OF SERVICE

*Cheryl Barrer, et al. vs. Chase Bank USA, NA, et al.*
CASE NO.: 3:06-cv-00415-HA

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 225 Broadway, Suite 1350, San Diego, CA 92101.

That on September 24, 2012, I served the following document(s) entitled:

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Filed under seal)**

**DECLARATION OF MATTHEW J. ZEVIN IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Filed under seal)**

on ALL INTERESTED PARTIES in this action:

☐     **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐     **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 225 Broadway, San Diego, California, for delivery to the above address(es).

☒     **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 24, 2012, at San Diego, California.

*/s/ Matthew J. Zevin*
MATTHEW J. ZEVIN

**PROOF OF SERVICE**                                                                                      Page 1