**Pilar C. French**, OSB No. 962880
E-mail: FrenchP@LanePowell.com
LANE POWELL PC
601 S.W. Second Ave., Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2170
Facsimile: 503.778.2200

**Noah A. Levine** (admitted *pro hac vice*)
E-mail: noah.levine@wilmerhale.com
**David S. Lesser** (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: 212.230.8875
Facsimile: 212.230.8888

*Attorneys for Defendant*
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHERYL BARRER** and **WALTER BARRER**, on Behalf of Themselves and Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CHASE BANK, USA, N.A.** and DOES 1 through and including 100,<br><br>Defendants. | CV No. 3:06-cv-00415-HA<br><br>Defendant Chase Bank USA, N.A.'s<br><br>**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

## LR 7.1 CERTIFICATION OF GOOD-FAITH EFFORT TO RESOLVE DISPUTE

Defendant Chase Bank USA, N.A. ("Chase"), through its attorneys, certifies that it has conferred with Plaintiffs, through their attorneys, in a good-faith effort to resolve the matters covered by this motion, and Chase is authorized to represent that Plaintiffs consent to the motion.

## MOTION

By Order of this Court dated August 29, 2012, Chase's reply brief in support of its motion for summary judgment is due to be filed on November 5, 2012. As a result of Hurricane Sandy, the offices of counsel for Chase have been closed and without power for the last two days. The offices remain closed and without power, and it is unclear when the building will reopen and power will be restored.

Accordingly, Chase respectfully requests a one-week extension, until November 12, 2012, to file its reply brief in support of its motion for summary judgment.

Dated:   October 30, 2012              /s/ Noah A. Levine
                                       **Noah A. Levine** (admitted *pro hac vice*)
                                       email:  noah.levine@wilmerhale.com
                                       **David S. Lesser** (admitted *pro hac vice*)
                                       email:  david.lesser@wilmerhale.com
                                       WILMER CUTLER PICKERING
                                         HALE AND DORR LLP
                                       7 World Trade Center
                                       250 Greenwich Street
                                       New York, New York 10007
                                       Telephone: 212.230.8875
                                       Facsimile: 212.230.8888

                                       **Pilar C. French**, OSB No. 962880
                                       email:  FrenchP@LanePowell.com
                                       LANE POWELL PC
                                       601 S.W. Second Ave., Suite 2100
                                       Portland, Oregon 97204
                                       Telephone:  503.778.2170
                                       Facsimile:  503.778.2200

                                       *Attorneys for Defendant Chase Bank USA, N.A.*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that, on October 30, 2012, I caused the foregoing document to be filed through the CM/ECF system with the Clerk of Court, thus serving all registered parties.

                 /s/ Noah A. Levine
                 Noah A. Levine