**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

**Noah A. Levine** (*Admitted Pro Hac Vice*)
noah.levine@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Attorneys for Defendant Chase Bank USA, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHERYL BARRER** and **WALTER BARRER**, on Behalf of Themselves and Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CHASE BANK USA, N.A.**, and **DOES 1 through and including 100**,<br><br>Defendants. | Case No. 3:06-cv-00415-HA<br><br>APPLICATION FOR SPECIAL ADMISSION-*PRO HAC VICE* |

Attorney Alan Schoenfeld requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

    (1)  **PERSONAL DATA:**
        Name: Alan Schoenfeld
        Firm or Business Affiliation:  Wilmer Cutler Pickering Hale and Dorr LLP

PAGE 1 - APPLICATION FOR SPECIAL ADMISSION-*PRO HAC VICE*

|  |  |
|---|---|
| Mailing Address: | 7 World Trade Center, 250 Greenwich Street New York, NY 10007 Phone Number: 212.937.7294 Fax Number: 212.230.8888 |
| Business E-mail Address: | alan.schoenfeld@wilmerhale.com |

(2) **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):

State of New York, admitted April 17, 2007, bar #4500898

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):

U.S. Supreme Court, admitted December 6, 2011
U.S. Court of Appeals for the First Circuit, admitted February 10, 2011
U.S. Court of Appeals for the Second Circuit, admitted February 17, 2009
U.S. Court of Appeals for the Sixth Circuit, admitted February 10, 2011
U.S. Court of Appeals for the Ninth Circuit, admitted August 31, 2009
U.S. Court of Appeals for the Eleventh Circuit, admitted February 15, 2011
U.S. District Court for the Southern District of New York, admitted December 17, 2008
U.S. District Court for the Eastern District of New York, admitted April 29, 2009

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in excess of the amount of $10 million that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Chase Bank USA, N.A.

PAGE 2 - APPLICATION FOR SPECIAL ADMISSION-*PRO HAC VICE*

122006.0021/5583564.1

LANE POWELL PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. *(See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 24th day of January, 2013.

_____
*(Signature of Pro Hac Counsel)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __24__ day of January, 2013.

/s/    Pilar C. French
_____
*(Signature of Local Counsel)*

Name: Pilar C. French

Oregon State Bar Number: 962880

Firm or Business Affiliation: Lane Powell PC

Mailing Address: 601 SW Second Avenue, Suite 2100

City: Portland        State: Oregon        Zip: 97204-3158

Phone Number: 503.778.2100

Business E-mail Address: frenchp@lanepowell.com

---

### COURT ACTION

☐    Application approved subject to payment of fees.

☐    Application denied.

DATED this _____ day of _____, 2013

_____
Judge

PAGE 3 -    APPLICATION FOR SPECIAL ADMISSION-*PRO HAC VICE*