# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## FTR GOLD RECORDING OR TRANSCRIPT DESIGNATION AND ORDERING FORM

| | |
|---|---|
| **1. District Court Case No.:** 3:06-cv-00415-HA | **2. Short Case Title:** Barrer v. Chase Bank |
| **3. Court of Appeals Case No.:** 13-35194 | **4.** ☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention. |

| | | |
|---|---|---|
| **5. NAME** (Party Ordering Recording/Transcript) Matthew J. Zevin, STANLEY IOLA, LLP | **6. PHONE NUMBER** 619/235-5306 | **7. DATE** 3-22-13 |

| | | | |
|---|---|---|---|
| **8. MAILING ADDRESS** 225 Broadway, Suite 1350 | **9. CITY** San Diego | **10. STATE** CA | **11. ZIP** 92101 |

**12. ORDER FOR**: ☒ PLAINTIFF NAME: Cheryl Barrer    ☐ DEFENDANT NAME: _____
☒ APPEAL    ☐ CRIMINAL    ☐ CRIMINAL JUSTICE ACT (CJA-24 VOUCHER ATTACHED)
☐ NON-APPEAL    ☐ CIVIL    ☐ IN FORMA PAUPERIS (CJA-24 VOUCHER ATTACHED)

☐ **13. RECORDING REQUESTED:** Specify portion(s) and date(s) of proceedings(s).
Note: **PAYMENT:** Financial arrangements must be made with the Clerk's Office before recording is prepared. Copy cost: $30 for each proceeding. If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| | | |

☒ **14. TRANSCRIPT REQUESTED:** Specify portion(s) and date(s) of proceedings(s). Financial arrangements must be made before transcript is prepared. Transcriber will contact party. If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| Motions for Class Certification and for Summary Judgment Dkt No. 184. (Transcript has been delivered and paid for) | 01/31/13 | Haggerty |

| TRANSCRIPT CATEGORY | ORIGINAL | FIRST COPY (to each party) | ADD'L COPIES (to same party) | FORMAT REQUESTED (Each format is billed as a separate transcript copy.) | | |
|---|---|---|---|---|---|---|
| | | | | **PAPER** | **ELECTRONIC** | **SPECIFY** |
| **ORDINARY:** To be delivered within 30 days after receipt of this order. | $3.65 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |
| **EXPEDITED:** To be delivered within 7 days after receipt of this order. | $4.85 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |
| **DAILY:** Delivered following adjournment and prior to the normal opening hour of court on the following morning, whether or not it actually is a court day. | $6.05 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |
| **14-day Transcript:** To be delivered within 14 days after receipt of this order. | $4.25 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ PDF ☐ Other |
| **HOURLY:** to be delivered within 2 hours of proceeding. | $7.25 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |

**15. DISTRIBUTION:** Mail, email, or fax a copy of these forms to the Clerk's Office and to all parties.

Revised 07/02/2012

## PROOF OF SERVICE
*Cheryl Barrer, et al. vs. Chase Bank USA, NA, et al.*
CASE NO.: 3:06-cv-00415-HA

 I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 225 Broadway, Suite 1350, San Diego, CA 92101.

 That on March 22, 2013, I served the following document(s) entitled: **FTR GOLD RECORDING OR TRANSCRIPT DESIGNATION AND ORDERING FORM** on ALL INTERESTED PARTIES in this action:

 **SEE ATTACHED SERVICE LIST**

☐   **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 225 Broadway, San Diego, California, for delivery to the above address(es).

☐   **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown on the attached service list. The facsimile machine I used reported no error and I caused the machine to print a transmission record of the transmission.

◉   **BY CM/ECF ELECTRONIC SERVICE:** I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 22, 2013, at San Diego, California.

                */s/ Matthew J. Zevin*
                MATTHEW J. ZEVIN