

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHERYL BARRER and WALTER BARRER, on behalf of themselves and those similarly situated,<br><br>          Plaintiffs - Appellants,<br><br>   v.<br><br>CHASE BANK USA, N.A. and DOES, 1 through and including 100,<br><br>          Defendants - Appellees. | No. 13-35194<br><br>D.C. No. 3:06-cv-00415-HA<br>District of Oregon,<br>Portland<br><br><br>ORDER |

The parties stipulation to voluntary dismissal of this case is granted. This case is dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

Each party is to bear its own cost.

                              For the Court:

                              MOLLY C. DWYER
                              Clerk of the Court

                              Linda K. King
                              Deputy Clerk
                              Ninth Cir. R. 27-7/Advisory Note to Rule 27
                                 and Ninth Circuit Rule 27-10